# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

March 19, 2007

**Before**

Hon. KENNETH F. RIPPLE, *Circuit Judge*

Hon. ILANA DIAMOND ROVNER, *Circuit Judge*

Hon. ANN CLAIRE WILLIAMS, *Circuit Judge*

No. 05-3978

| | |
|---|---|
| KEITH MILLER,<br>    *Petitioner-Apellant,*<br><br>    *v.*<br><br>WALTER E. MARTIN,<br>    *Respondent-Appellee* | Appeal from the United States District Court for the Northern District of Indiana, Fort Wayne Division<br><br>No. 1:04-CV-028-TS<br><br>Theresa L. Springmann,<br>*Judge.* |

## O R D E R

The opinion issued in the above-entitled case on March 15, 2007 is hereby amended as follows:

On Page 6, the citation to *Van Patten v. Deppisch*, 434 F.3d 1038, 1043 (7th Cir. 2006), is amended to read as follows: "*See Van Patten v. Deppisch*, 434 F.3d 1038, 1043 (7th Cir. 2006), *vacated on other grounds sub nom. Schmidt v. Van Patten*, 127 S.Ct 1120 (Jan. 16, 2007); *Patrasso v. Nelson*, 121 F.3d 297, 305 (7th Cir. 1997)."

On Page 7, the first citation to *Patrasso v. Nelson* is amended to read "*Patrasso*, 121 F.3d at 304."